1  CHRISTOPHER J. BEEMAN, ESQ.  BAR#: 121194
   RATHNA B. GOVINDARAO, ESQ.  BAR#: 233753
2  CLAPP, MORONEY, BELLAGAMBA and VUCINICH
   A PROFESSIONAL CORPORATION
3  6130 Stoneridge Mall Road, Suite 275
   Pleasanton, CA  94588
4  (925) 734-0990  Fax: (925) 734-0888

5  Attorneys for Defendant
   FOOTHILL LAND CO., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| LIANE G. VANE and MICHAEL A. VANE,<br><br>  Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE COMPANY, a California corporation; BRIAN P. HARMON; TARYN B. HARMON; and FOOTHILL LAND CO., INC., doing business as CENTURY 21 SIERRA REALTORS, a California corporation,<br><br>  Defendants. | CASE NO.:  1:08-CV-01725-OWW-SMS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
|---|---|

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned parties, through their respective attorneys of record:

The parties stipulate to extend the time for Defendant FOOTHILL LAND CO., INC. doing business as CENTURY 21 SIERRA REALTORS, a California corporation to respond to Plaintiffs LIANE G. VANE and MICHAEL A. VANE's Complaint.  Accordingly, Defendant FOOTHILL LAND CO., INC. doing business as CENTURY 21 SIERRA REALTORS, a California corporation's response will now be due on January 12, 2009.

The parties represent that this Stipulation is entered into in good faith and not for the purpose of undue delay.

**STIPULATION**

K:\OWW\Stipulations\08cv1725.stip.extend.wpd

**IT IS SO STIPULATED.**

| | |
|---|---|
| Date: December 31, 2008 | CLAPP, MORONEY, BELLAGAMBA and VUCINICH |
| | By:  s/s Christopher J. Beeman |
| | Christopher J. Beeman, Esq.<br>Attorneys for FOOTHILL LAND CO., INC. doing business as CENTURY 21 SIERRA REALTORS, a California corporation |
| Dated: December 31, 2008 | CASWELL, BELL & HILLISON LLP |
| | By:  s/s Randolf Krbechek, Authorized 12/31/08 |
| | Randolf Krbechek, Esq.<br>Plaintiffs LIANE G. VANE and MICHAEL A. VANE |

## ORDER ON STIPULATION

**GOOD CAUSE APPEARING** for the order set forth below, this court accepts the stipulation of the undersigned parties and hereby orders that the foregoing stipulation shall become the order of this court henceforth.

IT IS SO ORDERED.

**Dated:   December 31, 2008**          /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE