1  MCCOLLUM & BUNCH
   Timothy D. McCollum, SBN 069169
2  Brad L. Bunch, SBN 064579
   5250 N. Palm Avenue, Suite 228
3  Fresno, California  93710
   (559) 432-0110
4  (559) 432-0599 (FAX)

5  Attorneys for   Michael A. Fisher, Third-Party Defendant

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| LIANE G. VANE and MICHAEL A. VANE, | Case No: 1:08-CV-01725 |
| Plaintiffs, | |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO THIRD PARTY PLAINTIFFS' IMPLEADER COMPLAINT** |
| FIRST AMERICAN TITLE COMPANY, INC., a California Corporation; BRIAN P. HARMON; TARYN B. HARMON; and FOOTHILL LAND CO., INC., d.b.a. CENTURY 21 SIERRA REALTORS, a California Corporation, | |
| Defendants, | |
| BRIAN P. HARMON and TARYN B. HARMON , | |
| Third Party Plaintiffs, | |
| vs. | |
| MICHAEL A. FISHER, | |
| Third Party Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned parties, through their respective attorneys of record:

The parties stipulate to extend the time for Third Part Defendant MICHAEL A. FISHER to respond to Third Party Plaintiffs' Impleader Complaint.  Accordingly, Third Party Defendant MICHAEL A. FISHER'S response will now be due on April 6, 2009.

LAW OFFICES
MCCOLLUM & BUNCH
5250 N. PALM
SUITE 228
FRESNO, CA
(559) 432-0110

1

C:\OWW\Stipulations\08cv1725.stip.extend.wpd

1  The parties represent that this Stipulation is entered into in good faith and not for the
2  purpose of undue delay.
3  **IT IS SO STIPULATED.**

McCollum & Bunch, by:

7  Dated: January 27, 2009.        /s/ Timothy D. McCollum
                                   TIMOTHY D. McCOLLUM,
8                                  Attorneys for Michael A. Fisher,
                                   Third Party Defendant

11                                 Law Offices of Michael J. Lampe, by:

14  Dated: January 27, 2009.       /s/ Matthew D. Owdom (authorized on 1/27/09)
                                   MATTHEW D. OWDOM,
                                   Attorneys for Brian P. Harmon and
15                                 Taryn B. Harmon,
                                   Third Party Plaintiffs

18                          **ORDER ON STIPULATION**
19  GOOD CAUSE APPEARING for the order set forth below, this court accepts the
20  stipulation of the undersigned parties and hereby orders that the foregoing stipulation shall
21  become the order of this court henceforth.
22  IT IS SO ORDERED.
23  **Dated:   January 30, 2009**          /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

LAW OFFICES
MCCOLLUM & BUNCH
5250 N. PALM
SUITE 228
FRESNO, CA
(559) 432-0110

2

C:\OWW\Stipulations\08cv1725.stip.extend.wpd