Randolf Krbechek (SBN 143120)
KLEIN, DENATALE, GOLDNER
COOPER, ROSENLIEB & KIMBALL, LLP
5260 North Palm Avenue, Suite 217
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
Email: rkrbechek@kleinlaw.com

Attorneys for Liane G. Vane and Michael A. Vane

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

***

| | |
|---|---|
| LIANE G. VANE and MICHAEL A. VANE, <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST AMERICAN TITLE COMPANY, a California corporation; BRIAN P. HARMON; TARYN B. HARMON; and FOOTHILL LAND CO., INC., doing business as CENTURY 21 SIERRA REALTORS, a California corporation, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 1:08-cv-01725-OWW-DLB <br><br> **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** <br><br> Current Date: 5-1-09 <br> Time: 8:15 a.m. <br> Crtm.: 3 (OWW) <br><br> **New Date: 5-14-09** <br> **Time: 8:15 a.m.** <br> **Crtm.: 3 (OWW)** |

     IT IS HEREBY STIPULATED by and between counsel for the respective parties that the Scheduling Conference currently scheduled for May 1, 2009, at 8:15 a.m., in the above entitled court be continued to May 14, 2009, at 8:15 a.m., in courtroom 3, of the above entitled court for the reasons set forth in the accompanying Declaration of Randolf Krbechek.

////

////

This is the parties' first request for a continuance.

Dated: April    , 2009         KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By: _____
      RANDOLF KRBECHEK

Dated: April    , 2009         LAW OFFICES OF MICHAEL J. LAMPE

By:_____
      Matthew D. Owdom, Attorneys for First American Title Company, Brian P. Harmon, and Taryn B. Harmon

Dated: April    , 2009         CLAPP, MORONEY, BELLAGAMBA & VUCINICH

By:_____
      Christopher J. Beeman, Attorneys for Foothill Land Co.

Dated: April    , 2009         _____
                                MICHAEL A. FISHER, In Pro Per

**ORDERED**

GOOD CAUSE APPEARING THEREFOR, the Scheduling Conference in this matter is hereby continued to May 14, 2009, at 8:15 a.m., in courtroom 3.

IT IS SO ORDERED.

**Dated:   April 27, 2009**             /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE