Randolf Krbechek (SBN 143120)
KLEIN, DENATALE, GOLDNER
COOPER, ROSENLIEB & KIMBALL, LLP
5260 North Palm Avenue, Suite 217
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
Email: rkrbechek@kleinlaw.com

Attorneys for Liane G. Vane and Michael A. Vane

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

***

| | |
|---|---|
| LIANE G. VANE and MICHAEL A. VANE, <br><br> Plaintiffs, <br><br> vs. <br><br> FIRST AMERICAN TITLE COMPANY, a California corporation; BRIAN P. HARMON; TARYN B. HARMON; and FOOTHILL LAND CO., INC., doing business as CENTURY 21 SIERRA REALTORS, a California corporation, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 1:08-cv-01725-DLB <br><br> **STIPULATION AND ORDER TO MODIFY SCHEDULING CONFERENCE ORDER** |

The scheduling conference was conducted on May 14, 2009 before the Honorable Oliver W. Wanger. On September 21, 2009, defendant Foothill Land Co., Inc., doing business as Century 21 Sierra Realtors, filed a Notice of Bankruptcy Stay. A copy of the Notice of Bankruptcy Stay is attached hereto as Exhibit A. The Notice recites that "the bankruptcy proceedings protect the property of Foothill Land Co. Inc., which includes insurance policies that are the property of the Debtor's bankruptcy estate."

////

1    In their complaint, plaintiffs allege that a written easement was handled
2    improperly by either or both of defendants First American Title Company and Foothill
3    Land Co., Inc.  First American Title Company and Foothill Land Co., Inc. have filed
4    cross claims against each other for indemnification in connection with the easement
5    agreement.

6    At the time of the Notice of Bankruptcy Stay, the parties were actively engaged in
7    discovery so as to comply with the dates established by the court in the Scheduling
8    Conference Order.  Given the effect of the bankruptcy stay, the parties obviously cannot
9    complete discovery within the original deadlines.  Further, the circumstances of the action
10   are such that it will be difficult for the court to grant complete relief at this time, with the
11   stay in effect.  An additional fact is that it appears that there is a policy of insurance in
12   effect for Foothill Land Co., Inc., which policy provides insurance coverage for at least a
13   portion of the claims.

14   Plaintiffs are moving for relief from the stay so that the parties can continue with
15   trial preparation and/or potential settlement.  Even if the bankruptcy court does not grant
16   complete relief from stay, relief is necessary so that the parties can complete their
17   discovery.  Because of the bankruptcy stay, discovery and trial preparation cannot be
18   completed within the original deadlines established by the court.

19   These circumstances present good cause for modification of the Scheduling
20   Conference Order.  Federal Rules of Civil Procedure, Rule 16(b)(4) provides that, "A
21   schedule may be modified only for good cause and with the judge's consent."  Section
22   15:29.1 of *The Rutter Group Practice Guide: Federal Civil Procedure Before Trial*
23   (2009) states that, "A formal motion is not necessary.  The court may modify the
24   schedule after consultation with the attorneys and any unrepresented parties, provided
25   'good cause' is shown. [Adv. Comm. Notes on 1983 Amendment to Rule 16(b)]."
26   Although the matter has been referred to the magistrate judge, the practice guide
27   states that, "A request to modify an order entered pursuant to FRCP 16 should be
28   presented to the judicial officer who entered the order.  For example, a request to extend

2
_____
Stipulation and Order to Modify Scheduling Conference Order

1  the discovery cut-off date in a scheduling order entered by the district judge must be
2  presented to that judge even though a magistrate judge may be handling all discovery
3  matters." *Id.* at §15:29.2.

4  To enable the parties to complete trial preparation, the parties respectfully request
5  a 120-day continuance of all dates previously established by the court, as set forth in the
6  following table:

| Description | Original Date | Continued Date |
|---|---|---|
| Disclosure of Expert Witnesses | November 2, 2009 | March 2, 2010 |
| Rebuttal or Supplemental Expert Disclosures | December 1, 2009 | March 31, 2010 |
| Discovery Cut-off | December 31, 2009 | April 30, 2010 |
| Settlement conference | January 13, 2010 | May 13, 2010 |
| Non-dispositive motion filing deadline | January 15, 2010 | May 14, 2010 |
| Dispositive motion filing deadline | January 29, 2010 | May 28, 2010 |
| Hearing date for non-dispositive | February 19, 2010 | June 19, 2010 |
| Hearing date for dispositive motions | March 8, 2010 | July 6, 2010 |
| Pretrial conference date | April 12, 2010 | August 10, 2010 |
| Trial date | May 25, 2010 | September 22, 2010 |

This is the parties' first request for a continuance.

Dated: October 30, 2009            KLEIN, DeNATALE, GOLDNER, COOPER,
                                   ROSENLIEB & KIMBALL, LLP

                                   /s/ Randolf Krbechek

Dated: October 28, 2009            LAW OFFICES OF MICHAEL J. LAMPE

                                   /s/ Matthew D. Owdom
                                   Attorneys for First American Title Company,
                                   Brian P. Harmon, and Taryn B. Harmon

////
////
////

3
_____
Stipulation and Order to Modify Scheduling Conference Order

////

**[SIGNATURES CONTINUED]**

Dated: October 29, 2009         CLAPP, MORONEY, BELLAGAMBA & VUCINICH


                                /s/   Christopher J. Beeman
                                Attorneys for Foothill Land Co.


Dated: October 29, 2009         /s/  Michael A. Fisher
                                In Pro Per

**ORDERED**

GOOD CAUSE APPEARING THEREFORE, the Scheduling Conference Order in this matter is hereby modified as follows:

| Description | Day | Date | Time | Location |
|---|---|---|---|---|
| Disclosure of Expert Witnesses | Tuesday | 03/02/10 | | |
| Rebuttal or Supplemental Expert Disclosures | Wednesday | 03/31/10 | | |
| Discovery Cut-off | Friday | 04/30/10 | | |
| Settlement conference - Judge Austin | Thursday | 05/13/10 | 10:00 a.m. | Crtm 10 |
| Non-dispositive motion filing deadline | Friday | 05/14/10 | | |
| Dispositive motion filing deadline | Friday | 05/28/10 | | |
| Hearing date for non-dispositive | Friday | 06/19/09 | 9:00 a.m. | Crtm 9 |
| Hearing date for dispositive motions | Tuesday | 07/06/10 | 10:00 a.m. | Crtm 9 |
| Pretrial conference date - Judge Beck | Friday | 08/13/10 | 1:30 p.m. | Crtm 9 |
| Bench Trial date - Judge Beck | Tuesday | 09/21/10 | 9:00 a.m. | Crtm 9 |

IT IS SO ORDERED.

   Dated:   **November 4, 2009**                    /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE

4

_____
Stipulation and Order to Modify Scheduling Conference Order