Michael J. Lampe #082199
Michael P. Smith #206927
Matthew D. Owdom #258779
Law Offices of Michael J. Lampe
108 West Center Avenue
Visalia, California 93291
Telephone (559) 738-5975

Attorneys for Defendants, FIRST AMERICAN
TITLE INSURANCE COMPANY; BRIAN P. HARMON;
and TARYN B. HARMON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LIANE G. VANE and MICHAEL A. VANE,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE COMPANY, INC., a California Corporation; BRIAN P. HARMON; TARYN B. HARMON; and FOOTHILL LAND CO., INC., d.b.a. CENTURY 21 SIERRA REALTORS, a California Corporation,<br><br>Defendants. | Case No. 1:08-CV-01725-DLB<br><br>STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER AS TO EXPERT DISCLOSURE AND REBUTTAL DATES ONLY |
| BRIAN P. HARMON and TARYN B. HARMON,<br><br>Third Party Plaintiffs,<br><br>vs.<br><br>MICHAEL A. FISHER,<br><br>Third Party Defendant. | |

///

_____
STIPULATION AND ORDER [PROPOSED] TO MODIFY
SCHEDULING ORDER AS TO EXPERT DISCLOSURE
AND REBUTTAL DATES ONLY

1  The scheduling conference for the above-captioned matter was conducted on May 14, 2009 before the Honorable Oliver W. Wanger.  On September 21, 2009, defendant Foothill Land Co., Inc., doing business as Century 21 Sierra Realtors, filed a Notice of Bankruptcy Stay.  The Notice recites that "the bankruptcy proceedings protect the property of Foothill Land Co. Inc., which includes insurance policies that are the property of the Debtor's bankruptcy estate."

In their complaint, plaintiffs allege that a written easement was handled improperly by either or both of defendants First American Title Company and Foothill Land Co., Inc. First American Title Company and Foothill Land Co., Inc. have filed cross claims against each other for indemnification in connection with the easement agreement.

At the time of the Notice of Bankruptcy Stay, the parties were actively engaged in discovery so as to comply with the dates established by the court in the Scheduling Conference Order. The automatic Stay has since been lifted and discovery only recently recommenced on January 27, 2010, with Foothill Land Co., Inc.'s service of discovery pending prior to the bankruptcy filing.

Because of the bankruptcy stay, and the fact that discovery has only recently reopened, the parties have had insufficient time to make preparations for expert disclosure and rebuttal. The parties respectfully request an additional thirty days for expert disclosure and rebuttal.  In addition, settlement proposals are currently being discussed by the parties, and it appears very possible that these proposals may ripen into a settlement agreement prior to expert disclosure date.

These circumstances present good cause for modification of the Scheduling Conference Order.  Federal Rules of Civil Procedure, Rule 16(b)(4) provides that, "A schedule may be modified only for good cause and with the judge's consent."  Section 15:29.1 of  The Rutter Group Practice Guide: Federal Civil Procedure Before Trial (2009) states that, "A formal motion is not necessary.  The court may modify the schedule after

consultation with the attorneys and any unrepresented parties, provided 'good cause' is shown. [Adv. Comm. Notes on 1983 Amendment to Rule 16(b)]."

As set forth above, the parties respectfully request a 30-day continuance of both expert disclose dates established by the court, as follows:

| Description | Current Date | Continued Date |
|---|---|---|
| Disclosure of Expert Witnesses | March 2, 2009 | April 2, 2010 |
| Rebuttal or Supplemental Expert Disclosures | March 31, 2009 | April 30, 2010 |

Dated: February __, 2010      LAW OFFICES OF MICHAEL J. LAMPE

/S/ Matthew D. Owdom
Attorneys for First American Title Company, Inc., Brian P. Harmon, and Taryn B. Harmon
By: Matthew D. Owdom

Dated: February __, 2010      LAW OFFICES OF RANDOLF KRBECHEK

/S/ Randolf Krkechek
By: Randolf Krbechek

Dated: February __, 2010      CLAPP, MORONEY, BELLAGAMBA & VUCINICH

/S/ Christopher J. Beeman

Attorneys for Foothill Land Co.
By: Christopher J. Beeman

_____
STIPULATION AND ORDER [PROPOSED] TO MODIFY
SCHEDULING ORDER AS TO EXPERT DISCLOSURE
AND REBUTTAL DATES ONLY

-3-

Dated: February __, 2010        /S/ Michael A. Fisher
                                Michael A. Fisher, In Pro Per

**ORDERED**

**GOOD CAUSE APPEARING THEREFORE, the Scheduling Conference Order in this matter is hereby modified as follows:**

| Description | Current Date | Continued Date |
|---|---|---|
| Disclosure of Expert Witnesses | March 2, 2009 | April 2, 2010 |
| Rebuttal or Supplemental Expert Disclosures | March 31, 2009 | April 30, 2010 |

IT IS SO ORDERED.

Dated: **March 1, 2010**                **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

---

STIPULATION AND ORDER [PROPOSED] TO MODIFY
SCHEDULING ORDER AS TO EXPERT DISCLOSURE
AND REBUTTAL DATES ONLY

-4-