Randolf Krbechek (SBN 143120)
LAW OFFICES OF RANDOLF KRBECHEK
9477 N. Fort Washington Road, Suite 104
Fresno, California  93730
Telephone:  (559) 434-4500
Facsimile:  (559) 434-4554
Email: rkrbechek@msn.com

Attorneys for Liane G. Vane and Michael A. Vane

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

\*\*\*

| | |
|---|---|
| LIANE G. VANE and MICHAEL A. VANE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE COMPANY, a California corporation; BRIAN P. HARMON; TARYN B. HARMON; and FOOTHILL LAND CO., INC., doing business as CENTURY 21 SIERRA REALTORS, a California corporation,<br><br>　　　　　Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS.<br>_____ | Case No.  1:08-cv-01725-DLB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING CONFERENCE ORDER** |

　　　The scheduling conference was conducted on May 14, 2009 before the Honorable Oliver W. Wanger.  The scheduling conference order was modified pursuant to orders entered herein on November 4, 2009, and on March 2, 2010.

　　　The parties have made substantial progress in settlement discussions, and wish to place a hold on discovery pending a settlement conference with the Court.  The dispute principally involves the location of an easement, with a secondary issue of damages. Plaintiffs have engaged a surveyor (Dale Mell) to help formalize the location of the

easement.

The parties wish to avoid unnecessary expense in discovery and trial preparation as they have confidence that they can reach a global settlement with the assistance of a one or two hour settlement conference with the Court.  Mrs. Vane lives in Virginia and was in California this week to meet with the surveyor.  Mrs. Vane will return to California during the week of June 21-25, 2010.

Therefore, the parties request the following:

1.  All discovery deadlines and disclosure requirements will be vacated, pending a settlement conference with the Court.

2.  The Court will set a settlement conference with Magistrate Judge Beck on one of the following dates:  June 23, 2010, June 24, 2010, or ~~June 25, 2010.~~

Dated: April 2, 1010.                    LAW OFFICES OF RANDOLF KRBECHEK


                                         By:        /S/
                                             Randolf Krbechek, Attorneys for Liane
                                             G. Vane and Michael A. Vane

Dated: April 6, 1010.                    LAW OFFICES OF MICHAEL J. LAMPE

                                         By:        /S/
                                             Matthew D. Owdom, Attorneys for First
                                             American Title Company, Brian P.
                                             Harmon, and Taryn B. Harmon

Dated: April 6, 1010.                    CLAPP, MORONEY, BELLAGAMBA &
                                         VUCINICH


                                         By:        /S/
                                             Christopher J. Beeman, Attorneys for
                                             Foothill Land Co.


Dated: April 5, 1010.                               /S/
                                             MICHAEL A. FISHER, In Pro Per

**ORDERED**

GOOD CAUSE APPEARING THEREFORE, the Scheduling Conference Order in this matter is hereby modified as follows:

1. All discovery deadlines and disclosure requirements will be vacated, pending a settlement conference with the Court.

2. The parties will hold a settlement conference with Magistrate Judge Austin on June 23, 2010 at 10:00 am.

IT IS SO ORDERED.

   **Dated:   April 13, 2010**            **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Modify Scheduling Conference Order