IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANE G. VANE and<br>MICHAEL A. VANE,<br><br>  Plaintiffs,<br><br>  vs.<br><br>FIRST AMERICAN TITLE<br>COMPANY, et al.,<br><br>  Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS<br>_____ | 1:08cv01725 DLB<br><br>ORDER TO SHOW CAUSE |

Plaintiffs filed this action for declaratory relief on November 10, 2008. Counterclaims, cross-claims, and impleader complaints also were filed.

On June 23, 2010, the parties participated in a settlement conference. The case settled.

To date, however, the parties have not submitted dispositional documents regarding settlement and dismissal of this action. Therefore, the parties are ORDERED TO SHOW CAUSE, if any they have, why they have failed to file dispositional documents or why this action should not be dismissed. The parties are ORDERED to file a written response to this Order to Show Cause within **fourteen (14) days** of the date of this Order. The parties may comply with this order by filing a

1

1  signed stipulation and proposed order regarding dismissal of this action.
2         The parties are admonished that if they fail to respond or if they fail to file dispositional
3  papers pursuant to this order, such failure may be grounds for the imposition of sanctions.  Local
4  Rules 110 and 160(b).

6         IT IS SO ORDERED.
7         Dated:   October 5, 2010                    /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE

2