1  Michael J. Lampe  #082199
Michael P. Smith #206927
2  Matthew D. Owdom #258779
Law Offices of Michael J. Lampe
3  108 West Center Avenue
Visalia, California 93291
4  Telephone (559) 738-5975

5  Attorneys for Defendants, FIRST AMERICAN
TITLE INSURANCE COMPANY; BRIAN P. HARMON;
6  and TARYN B. HARMON

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                           FRESNO DIVISION

11  LIANE G. VANE and                    Case No. 1:08-CV-01725-OWW-SMS
MICHAEL A. VANE,
12                                        JOINT DECLARATION OF
                                          MATTHEW D. OWDOM AND
13              Plaintiffs,                RANDOLF KRBECHEK;
                                          STIPULATION AND REQUEST FOR
14       vs.                              ORDER

15  FIRST AMERICAN TITLE COMPANY,
INC., a California Corporation; BRIAN P.
16  HARMON; TARYN B. HARMON; and
FOOTHILL LAND CO., INC., d.b.a.
17  CENTURY 21 SIERRA REALTORS, a
California Corporation,
18
               Defendants.
19  BRIAN P. HARMON and TARYN B.
HARMON,
20
         Third Party Plaintiffs,
21
         vs.
22
MICHAEL A. FISHER,
23
         Third Party Defendant.
24

25

26  ///

27  ///

28

_____
VANE v. FIRST AMERICAN TITLE – STIPULATION AND REQUEST FOR ORDER

1   We, Matthew D. Owdom and Randolf Krbechek, jointly declare as follows:

2   1.   Randolf Krbechek is counsel for the Plaintiffs, Gen. and Mrs. Vane (*the*
3   *Vanes*). Matthew D. Owdom is counsel for Mr. and Mrs. Harmon (*the Harmons*) and First
4   American Title Co., Inc. (*First American*).

5   2.   On June 23, 2010, the parties reached a settlement in this matter before the
6   Hon. Judge Austin, United States Magistrate Judge.

7   3.   As part of the settlement, a surveyor was required to survey the respective
8   properties and create a lot line adjustment map.  After the lot line adjustment map was
9   drafted, an easement appurtenant in favor of the Vanes, over the Harmon parcel, was
10  drafted.  This process has been completed, but it took longer than anticipated.

11  4.   Upon completion of the lot line adjustment map and easement, several
12  additional issues, including indemnity issues between the Vanes and the Harmons, and
13  the use of sprinklers on the Harmon parcel have arisen.

14  5.   It has taken more time than expected to obtain a consensus between the
15  Harmons and the Vanes on these issues. However, the parties are confident that these
16  issues have been resolved and that the finalized settlement agreement will be executed
17  within the next fifteen (15) days, upon which time a stipulation and order of dismissal will
18  be filed with the Court.  We request that the matter be continued so that the parties can
19  complete the documentation for the settlement.

20  6.   We have personal knowledge of the foregoing and are competent to testify
21  to the same if necessary.

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1    7.    We declare under penalty of perjury under the laws of the United States that

2  the foregoing is true and correct.

3

4

5

Dated: October 19, 2010          **/S/ Randolf Krbechek**
6                                 LAW OFFICES OF RANDOLF KRBECHEK
                                  Attorneys for Gen. and Mrs. Vane
7                                 By: Randolf Krbechek

8

9

10

Dated: October 19, 2010          **/S/ Matthew D. Owdom**
11                                LAW OFFICES OF MICHAEL J. LAMPE
                                  Attorneys for Mr. and Mrs. Harmon and First
12                                American Title Co., Inc.
                                  By: Matthew D. Owdom

13

14

15

16

17

18

19            <u>**ORDER APPROVING STIPULATION AND REQUEST FOR ORDER**</u>

20

21       IT IS SO ORDERED.

22    **Dated:    October 20, 2010**          <u>      /s/ **Dennis L. Beck**      </u>
                                              UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28