IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANE G. VANE and<br>MICHAEL A. VANE,<br><br>            Plaintiffs,<br><br>     vs.<br><br>FIRST AMERICAN TITLE<br>COMPANY, et al.,<br><br>            Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS<br>_____ | 1:08cv01725 DLB<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>ORDER SETTING TELEPHONIC<br>STATUS CONFERENCE |

Plaintiffs filed this action for declaratory relief on November 10, 2008. Counterclaims, cross-claims, and impleader complaints also were filed.

On June 23, 2010, the parties participated in a settlement conference and the case settled.

On October 5, 2010, the Court issued an order to show cause why the parties had failed to file dispositional documents or why the action should not be dismissed. With the exception of third-party defendant Michael A. Fisher, the parties complied with the Court's order by submitting declarations on October 19, 2010. According to the joint declaration of counsel Matthew D. Owdom and Randolf Krbechek, it has taken more time than expected to obtain a consensus between certain

1

1  parties (the Vanes and the Harmons).  However, these parties are confident that the issues have been
2  resolved and that a finalized settlement agreement will be executed within the next 15 days and a
3  stipulation and order of dismissal will be filed with the Court.  Based on this response, the Order to
4  Show Cause is DISCHARGED.

5        The Court SETS a further telephonic status conference for November 22, 2010, at 9:30 a.m.
6  before the undersigned.

7        IT IS SO ORDERED.

8        **Dated:**   **October 20, 2010**                           /s/ **Dennis L. Beck**
                                                                         UNITED STATES MAGISTRATE JUDGE

2