1   Michael J. Lampe  #082199
    Michael P. Smith #206927
2   Matthew D. Owdom #258779
    Law Offices of Michael J. Lampe
3   108 West Center Avenue
    Visalia, California 93291
4   Telephone (559) 738-5975

5   Attorneys for Defendants, FIRST AMERICAN
    TITLE INSURANCE COMPANY; BRIAN P. HARMON;
6   and TARYN B. HARMON

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                        FRESNO DIVISION

11  LIANE G. VANE and                  Case No. 1:08-CV-01725-OWW-SMS
    MICHAEL A. VANE,
12                                     STIPULATION AND ORDER FOR
                                       DISMISSAL OF ENTIRE ACTION
13              Plaintiffs,            WITH PREJUDICE

14       vs.

15  FIRST AMERICAN TITLE COMPANY,
    INC., a California Corporation; BRIAN P.
16  HARMON; TARYN B. HARMON; and
    FOOTHILL LAND CO., INC., d.b.a.
17  CENTURY 21 SIERRA REALTORS, a
    California Corporation,
18
                Defendants.
19  AND RELATED CROSS-ACTION AND
    THIRD PARTY ACTIONS
20

21

22

23        Plaintiffs Liane and Michael Vane (*the Vanes*), Defendant Foothill Land Co., Inc.,

24  dba Century 21 Sierra Realtors (*Foothill Land Co.*), Defendants Brian and Taryn Harmon

25  (*the Harmons*), First American Title Company, Inc. (*First American*), and third-party

26  Defendant Michael A. Fisher (*Fisher*) hereby stipulate as follows and request an order

27

28

_____
STIPULATION AND ORDER

1  dismissing the above-captioned action, cross-actions, and third-party actions with

2  prejudice:

3

4  **THIS STIPULATION IS ENTERED INTO WITH RESPECT TO THE FOLLOWING FACTS**:

5       1.     On November 12, 2008, the Vanes commenced an action in the United

6  States Court for the Eastern District Court of California, Case No.

7  1:08-CV-01725-OWW-DLB, entitled Vane v. First American, et al. ( "the court action"),

8  seeking (1) an implied easement upon property commonly known as 28925 Gibbs Ranch

9  Road, Tollhouse, California ("the Harmon Property") for the benefit of property commonly

10  know as 28851 Gibbs Ranch Road, Tollhouse, California ("the Vane Property"); (2)

11  damages for alleged interference with contract; (3) damages for alleged breach of fiduciary

12  duty; and (4) damages for alleged negligence.

13       2.     On December 11, 2008, the Harmons filed a counterclaim against the Vanes

14  seeking damages and injunctive relief for trespass, and filed an impleader complaint

15  against third-party defendant Fisher upon theories of equitable indemnity and contribution.

16       3.     On January 8, 2009, Foothill filed a cross-claim against the Harmons and

17  First American for equitable indemnity and contribution, and filed an impleader complaint

18  against third-party defendant Fisher upon theories of equitable indemnity and contribution.

19       4.     On January 20, 2009, First American and the Harmons filed a counterclaim

20  against Foothill under theories of equitable indemnity and contribution.

21       5.     On June 23, 2010, the parties agreed to settle the matter under certain terms

22  and conditions set forth in a written settlement agreement.

23  ///

24  ///

25  ///

26

27

28

_____        -2-

1    **IT IS THEREFORE AGREED BETWEEN THE PARTIES AND REQUESTED THAT THE**

2    **FOLLOWING IS ORDERED BY THE COURT**:

3         6.     The Vanes, the Harmons, Foothill Land Co., and First American request that

4    the entire action, including all claims, counter-claims, cross-claims, and third-party claims,

5    be dismissed with prejudice on the grounds that a stipulated written settlement has been

6    reached between the parties, with a waiver of costs such that all parties will bear their own

7    costs and attorney's fees, if any there be.

8

9

10

11

12

13    Dated: February 28, 2011          /s/ Randolf Krbechek
                                        LAW OFFICES OF RANDOLF KRBECHEK
                                        Attorneys for Gen. and Mrs. Vane
14                                      By: Randolf Krbechek

15

16

17    Dated: March 1, 2011             /s/ Matthew D. Owdom
                                        LAW OFFICES OF MICHAEL J. LAMPE
                                        Attorneys for Mr. and Mrs. Harmon and First
18                                      American Title Co., Inc.
                                        By: Matthew D. Owdom

19

20    Dated: February 22, 2011         /s/ Christopher J. Beeman
                                        CLAPP MORONEY BELLAGAMBA VUCINICH
21                                      BEEMAN & SCHELEY
                                        Attorneys for Foothill Land Co., Inc. dba Century
22                                      21 Sierra Realty
                                        By: Christopher J. Beeman

23

24

25

26

27

28

STIPULATION AND ORDER                    -3-

1

2

3                                              **ORDER**

4

5

6    IT IS SO ORDERED.

7    **Dated:     March 1, 2011**                        **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
STIPULATION AND ORDER                         -4-